IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KARMEN DAVIS-BELL, ETC., )
    Plaintiff, )
     )
    v. ) Civil Action No. 08-76
     )
KIA MOTORS AMERICA, INC., )
ET AL., )
    Defendants. )

## ORDER

AND NOW, this 9th day of April, 2008, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action No. 08-457 is consolidated with Civil Action No. 08-76, the lead case captioned above.

2. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 08-76.

3. The Clerk of Court shall close Civil Action No. 08-457.

BY THE COURT:

_____, J.

cc: All Parties of Record