IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARMEN DAVIS-BELL, Administratrix of the Estate of Michael Andrew Bell, deceased, and KARMEN DAVIS-BELL as personal representative of Michael Andrew Bell, deceased, | ) ) ) ) ) ) | CIVIL ACTION NO. 08-76 |
| Plaintiff | ) | |
| vs. | ) | |
| KIA MOTORS AMERICA, INC., ET. AL., | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this 5th day of May, 2008, upon consideration of the Motion for Leave to Amend Complaint Pursuant to F.R.C.P.15, it is hereby ORDERED, ADJUDGED and DECREED that the Complaint may be Amended and Paragraph 11 and Counts III and IV as set forth in the Complaints filed in the Court of Common Pleas of Allegheny are deleted.

BY THE COURT:

_____,
Judge