# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARMEN DAVIS-BELL, Administratrix of the estate of MICHAEL ANDREW BELL, deceased and KARMEN DAVIS-BELL, as personal representative of MICHAEL ANDREW BELL, deceased | : : : : : | CIVIL ACTION – LAW <br><br> NO.: 08-CV-76 |
| v. | : : | |
| KIA MOTORS AMERICA, INC. and KIA MOTORS CORPORATION | : : | |

**ORDER**

AND NOW, this ___ day of _____, 2009, and after review of Plaintiff's Motion to Compel Discovery and Requesting Additional Time to Provide Expert Reports and Kia Motors America, Inc.'s and Kia Motors Corporation's response to same, it is ORDERED and DECREED that this Motion is GRANTED as follows: KMA is to produce the additional Consumer Affairs reports to plaintiff by ~~June~~ 3, 2009, upon receipt of a check for $850.00 before that date. Additionally, only a report of plaintiff's expert, Dr. Carl Williams and a supplemental report of Lawrence Wilson, if any, are to be produced by ~~June~~ 24, 2009 and defendant's expert reports are due by ~~August~~ 19, 2009.

BY THE COURT:

_____